UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60571
Summary Calendar

_____

LAURA ESTELA SALAZAR DE PEREZ,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

Petition for Review of an Order of the
Board of Immigration Appeals
A73 748 517

April 17, 1998

Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Laura Estela Salazar De Perez, represented by counsel, appeals from a final order of the Board of Immigration Appeals affirming the immigration judge's decision denying her motion to reopen deportation proceedings. Petitioner, through her counsel, has failed to provide any record citations in her statement of facts and also has failed to provide citations to legal authorities in support of her argument. *See* FED. R. APP. P. 28(a)(4) & (6),(e); 5th Cir. R. 28.2.3. Moreover, petitioner has failed to explain why

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the Board of Immigration Appeals abused its discretion in dismissing her administrative appeal. Accordingly, the petition is **DISMISSED**. *See* ***Moore v. FDIC***, 993 F.2d 106, 107 (5th Cir. 1993).

This dismissal will be reconsidered if petitioner files a properly supported motion for rehearing within 14 days of the date of this opinion.

*PETITION DISMISSED*